FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:24-cr-00013-DOC |
| ELIZABETH CERVANTES DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Monday, May 12,__, __2025__ at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Autumn D. Spaeth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __05/08/2025__         /s/ Autumn D. Spaeth
                              Autumn D. Spaeth, U.S. Magistrate Judge